Certificate Number: 05781-AK-DE-041327393

Bankruptcy Case Number: 26-00108

05781-AK-DE-041327393

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 14, 2026, at 2:42 o'clock PM PDT, Sharon Watts completed a course on personal financial management given by telephone by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Alaska.

Date: August 14, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President